IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

LARRY E. JACKSON,                )
                                 )
         Plaintiff,              )
                                 )
vs.                              )   CV 03-C-0752-M
                                 )
CAPTAIN ROBERT SIMMONS, et al.,  )
                                 )
         Defendants.             )

FILED
03 AUG 12 AM 10:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
AUG 1 2 2003

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on , recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on July 2, 2003.

The twenty pages of objections contain a restatement of plaintiff's original complaint and new claims made against individuals who were not named as defendants in the original complaint. As to the claims made in his original complaint, plaintiff has not submitted any facts to show that the claims should not be dismissed for failing to state a claim for which relief can be granted. As to the new claims made against defendants not named in the original complaint, plaintiff must file a new § 1983 complaint.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is

10

ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b).

A Final Judgment will be entered.

DATED this 11th day of August, 2003.

_____
U. W. CLEMON
UNITED STATES DISTRICT JUDGE